Andrew Richardson
5311 N. Bay Ridge Ave.
Milwaukee, WI 53217

April 6, 2026

Clerk of Court
U.S. District Court for the Eastern District of Wisconsin
 Milwaukee Division
517 E. Wisconsin Avenue
Milwaukee, WI 53202

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 APR -8 A 11: 43

CLERK OF COURT

26-C -595

Re: Filing of Pro Se Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 Case Caption: *Andrew Richardson v. City of Milwaukee, et al.*

**URGENT: STATUTE OF LIMITATIONS EXPIRES APRIL 9, 2026**

Dear Clerk of Court:

Please accept for filing this pro se civil action pursuant to Federal Rule of Civil Procedure 5. This complaint alleges violations of civil rights under 42 U.S.C. § 1983 for State-Created Danger, violations of Substantive Due Process, and Monell liability. A jury trial is demanded on all issues.

The statute of limitations for the Plaintiff's claims, as tolled by Wisconsin law for minority, will expire at the close of business on **Tuesday, April 9, 2026**. Accordingly, we respectfully request your prompt attention to this filing.

Please be advised that this is a federal civil rights action brought under 42 U.S.C. § 1983. Pursuant to the United States Supreme Court's ruling in *Felder v. Casey*, 487 U.S. 131 (1988), this action is exempt from any state-level notice-of-claim statutes or their associated waiting periods.

Enclosed for filing, please find the following documents:

1. Check No. 1861___ in the amount of $405.00, made payable to "Clerk, U.S. District Court," for the required civil action filing fee;
2. A completed Civil Cover Sheet (Form JS-44);
3. The original, signed Complaint for Violations of Civil Rights (42 U.S.C. § 1983);
4. The original, signed and notarized Affidavit of Minority Tolling; and
5. Exhibits A through D, as referenced in the Complaint, consisting of:

- Exhibit A: Milwaukee Police Department Report No. 100300114;
- Exhibit B: Letter from Judge Karen E. Christenson to District Attorney John Chisholm, dated January 8, 2009;
- Exhibit C: Transcript of January 2, 2008 court hearing with testimony from the Guardian ad Litem;
- Exhibit D: Official letter from the Mexican Secretariat of Foreign Affairs (SRE), dated December 12, 2012.

Should your office have any administrative or logistical questions regarding this filing, please direct them to the Plaintiff's father, Trevor A. Richardson, at (414) 460-9136 or via email at trichardson7769@gmail.com. The Plaintiff is an active-duty member of the United States Navy stationed at Naval Station Great Lakes, and his father is assisting with these logistical matters.

We respectfully request that you file the complaint, assign a case number, and issue summonses for each of the named defendants at your earliest convenience.

Thank you for your time and professional assistance.

Respectfully submitted,

ANDREW RICHARDSON
5311 N. Bay Ridge Ave.
Milwaukee, WI 53217
1-207-504-7757
andr3w966@outlook.com
*Plaintiff, Pro Se*