UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

MILWAUKEE DIVISION

ANDREW RICHARDSON,

Plaintiff,

v.

CITY OF MILWAUKEE, et al.,

Defendants.

Case No.: [Assigned by Clerk]

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 APR -8 A 11: 43

CLERK OF COURT

26-C -595

## AFFIDAVIT OF MINORITY TOLLING

STATE OF MAINE

COUNTY OF SAGADAHOC

I, Trevor A. Richardson, the father of Plaintiff Andrew Richardson, being first duly sworn according to law, depose and state:

1. Plaintiff Andrew Richardson was born on April 9, 2006.

2. The cause of action detailed in the Complaint filed concurrently herewith accrued on or about June 24, 2015, the date of the unconstitutional purge of Andrew Richardson from the National Crime Information Center (NCIC) database.

3. On June 24, 2015, Andrew Richardson was nine (9) years old and was therefore a minor under the age of eighteen, a legal disability.

4. Pursuant to Wisconsin Statute § 893.16, if a person entitled to bring an action is under the age of 18 when the cause of action accrues, the action may be commenced within two years after the disability ceases.

5. Andrew Richardson's disability of minority ceased on April 9, 2024, the date he reached the age of eighteen (18).

6. The two-year statutory extension provided by Wis. Stat. § 893.16, calculated from April 9, 2024, expires on April 9, 2026.

7. This action is being filed on or before April 9, 2026, and is therefore timely commenced within the minority tolling period prescribed by Wisconsin law.

FURTHER AFFIANT SAYETH NAUGHT.

_____
TREVOR A. RICHARDSON

Date: April _6_, 2026

SUBSCRIBED AND SWORN TO before me this _6_ day of April, 2026.

_____
Notary Public/Commissioner of Deeds

My Commission Expires: _10/29/2032_