IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

ANDREW RICHARDSON,

      Plaintiff,

    v.                                   Case No. 26C0595

CITY OF MILWAUKEE, et al.,

      Defendants.

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction or to the Court's competency to proceed, Defendants, John Chisholm and Matthew Torbenson, appear in this action by their attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorney General Daniel B. Peters. Defendants request service of all discovery and correspondence be made upon Assistant Attorney General Peters as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the Court's CM/ECF system.

Dated June 26, 2026.

                                  Respectfully submitted,

                                  JOSHUA L. KAUL
                                  Attorney General of Wisconsin

                                  Electronically signed by:

s/ Daniel B. Peters
DANIEL B. PETERS
Assistant Attorney General
State Bar #1132126

Attorneys for Defendants Chisholm and
Torbenson.

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 264-6218
(608) 294-2907 (Fax)
daniel.peters@wisdoj.gov