# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL -2 A 8: 46

CLERK OF COURT

Andrew Richardson
Plaintiff

v.

City of Milwaukee, et al.,
Defendant(s)

CASE NO. **2:26-cv-00595-SCD**

PRO SE (NON-PRISONER) LITIGANT'S

**REGISTRATION AND CONSENT TO RECEIVE NOTICES OF ELECTRONIC FILING**

I, Andrew Richardson , am a pro se litigant (non-prisoner) and consent to receive notices electronically in the above captioned case. In doing so, I consent to the Court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard (paper) copies will no longer be sent by the Court or opposing counsel. By consenting to electronic notice, I understand that I am responsible for maintaining a current email address with the Court.

I hereby certify that:

1. I have provided and will maintain a current email address and mailing address with the Court. I will immediately file a Notice of Change of Address Form conventionally (by mail or in person) if my email or mailing address changes while the case is pending.

2. I am responsible for maintaining an email account to receive notifications, on a daily basis, from the Court and opposing counsel. I also understand that electronic mail filter software (SPAM filters) may interfere with my receipt of email notifications and will ensure that any such software installed on my computer or network will not filter out messages from ecfmaster@wied.uscourts.gov.

3. I am responsible for managing my email account and am responsible for others who may have access to my email account.

Registration & Consent to Receive NEF

Page 1

4. I have already registered or will immediately register for a PACER account (Public Access to Court Electronic Records). I understand I will not receive any notices via email until I have a PACER account by registering at www.pacer.gov.

5. I understand that when documents are entered in the Case Management Electronic Case Filing (CM/ECF) system, a Notice of Electronic Filing (NEF) will be sent to my email address, which will contain a hyperlink to the document in PACER. I also understand that pursuant to PACER's policy, I will be allowed one "free look" at the document and that it is recommended that I print or download the document at that time because after the one "free look," normal PACER fees will apply. I also understand that the hyperlink to access the document will expire after I first access the document or after 15 days, whichever comes first.

6. I am responsible for maintaining my PACER account while the above case is pending, including any incurred fees.

7. I further understand that receiving NEFs is a privilege, not a right, which may be rescinded by the Court at any time, without notice, at which time notices will be provided via the U.S. mail.

**WHEREFORE**, the undersigned hereby agrees to the above conditions and elects to electronically receive NEFs to the email address listed below while the above case is pending.

Date: 6/30/26

Signature

Andrew Richardson
Print Full Name

Andr3W9866@outlook.com
E-mail Address

5311 N. Bay Ridge Avenue
Street Address

Milwaukee, WI 53217
City, State, Zip Code

207-504-7757
Telephone No.