U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL -2 A 8: 46

CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

ANDREW RICHARDSON

     **Plaintiff**

  v.                             **Case No. 26C0595**

CITY OF MILWAUKEE, et al.,

     **Defendants**

---

### EMERGENCY MOTION TO EXPEDITE RECRUITMENT OF COUNSEL PURSUANT TO 28 U.S.C. § 1915(e)(1)

---

Plaintiff Andrew Richardson, proceeding pro se, respectfully moves this Court to expedite its ruling on his pending Motion for Recruitment of Counsel or, alternatively, to appoint counsel on an emergency basis.

### 1. INTRODUCTION AND URGENT CIRCUMSTANCES

On April 8, 2026, Plaintiff filed his Complaint and Motion for Recruitment of Counsel. Since that filing, circumstances have substantially changed. On June 26, 2026, the Wisconsin Attorney General's Office filed a Notice of Appearance on behalf of Defendants John Chisholm and Matthew Torbenson (Doc. 5). Plaintiff is a 19-year-old pro se litigant now facing the Attorney General of Wisconsin. The 21-day period for Defendants to respond expires on or about July 7, 2026. Without immediate counsel, Plaintiff cannot respond to complex motions to dismiss and immunity defenses.

## 2. PLAINTIFF SATISFIES THE PRUITT STANDARD

### A. Prong One: Reasonable Attempts to Obtain Counsel

Plaintiff contacted three legal practitioners who declined representation due to conflicts or case type.

### B. Prong Two: Case Complexity Exceeds Pro Se Capacity

Plaintiff faces the Wisconsin Department of Justice with unlimited resources, sophisticated legal expertise, and imminent dispositive motions. This is beyond pro se capability.

## 3. ARGUMENT FOR EXPEDITED ACTION

A. Changed Circumstances Warrant Emergency Relief-The Attorney General's appearance transforms this case. Plaintiff requests immediate appointment of counsel or stay of deadlines.

B. The Imminent Deadline-Defendants' response deadline is July 7, 2026. The AG will file motions to dismiss and immunity defenses.

C. The Public Interest-This case raises important constitutional questions about missing child databases.

## 4. CONCLUSION

Plaintiff requests:

1. EXPEDITE ruling on Motion for Recruitment of Counsel;

2. STAY all deadlines until counsel appointed;

3. ALTERNATIVELY, appoint counsel on emergency basis.

Respectfully submitted,

**ANDREW RICHARDSON,**
Plaintiff, Pro Se
5311 N. Bay Ridge Ave.
Milwaukee, WI 53217
1-207-504-7757

Dated: June 30, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2026, I served a true and correct copy of the foregoing PLAINTIFF'S UPDATED STATUS REPORT by placing said copy in a sealed envelope, with first-class U.S. postage prepaid, addressed to:

**For Defendants John Chisholm and Matthew Torbenson:** Daniel B. Peters Assistant Attorney General Wisconsin Department of Justice P.O. Box 7857 Madison, WI 53707-7857

**For Defendant City of Milwaukee, Benjamin Smith, and Adam Riley:** Office of the City Attorney c/o Kristin Cuellar, Paralegal City Hall, Room 800 200 E. Wells Street Milwaukee, WI 53202

**ANDREW RICHARDSON**

6/30/26