UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL -2 A 8: 46

CLERK OF COURT

ANDREW RICHARDSON

    Plaintiff

v.                          Case No. 26-CV-00595-SCD

CITY OF MILWAUKEE, et al.,

    Defendants

---

**PLAINTIFF'S NOTICE OF JUDICIAL NOTICE PURSUANT TO FEDERAL RULE
OF EVIDENCE 201**

---

Plaintiff Andrew Richardson, proceeding pro se, respectfully notifies this Court and all parties that the following public records are integral to the claims pled in the Complaint. Pursuant to Federal Rule of Evidence 201, a court may take judicial notice of facts that are not subject to reasonable dispute because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, such as public judicial records and official government correspondence.

Plaintiff requests that the Court take judicial notice of the following documents:

1.    Letter from Chief Deputy District Attorney Jeffrey J. Altenburg to Chief Judge Carl Ashley, dated June 15, 2026, filed in Milwaukee County Circuit Court Case No. 2008JD000022. This public judicial record contains admissions from the Milwaukee County District Attorney's Office that Deputy District Attorney Matthew Torbenson determined it would be appropriate to remove Andrew Richardson's NCIC missing

person alert while simultaneously maintaining the active felony arrest warrant for the abductor. A true and correct copy is attached hereto as **Notice Exhibit 1**.

2. Letters from Lic. Johannes Jacome, Director of Family Law, Mexican Secretariat of Foreign Affairs (SRE), to Martha Pacheco, U.S. State Department Office of Children's Issues, dated November 18, 2009. This official diplomatic correspondence documents the procedural barriers, including the revocation of counsel and imposition of fee requirements, faced by the Plaintiff's father during the Mexican Hague Convention proceeding. A true and correct copy is attached hereto as **Notice Exhibit 2.**

Dated: July 1, 2026

Respectfully submitted,

**ANDREW RICHARDSON,**
Plaintiff, Pro Se
5311 N. Bay Ridge Ave.
Milwaukee, WI 53217
1-207-504-7757

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2026, I served a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF JUDICIAL NOTICE** by placing said copy in a sealed envelope, with first-class U.S. postage prepaid, addressed to:

**For Defendants John Chisholm and Matthew Torbenson:** Daniel B. Peters Assistant Attorney General Wisconsin Department of Justice P.O. Box 7857 Madison, WI 53707-7857

**For Defendant City of Milwaukee, Benjamin Smith, and Adam Riley:** Office of the City Attorney c/o Kristin Cuellar, Paralegal City Hall, Room 800 200 E. Wells Street Milwaukee, WI 53202

**ANDREW RICHARDSON**