# Exhibit 1



## OFFICE OF THE DISTRICT ATTORNEY

### Milwaukee County

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL 2    A 8: 46

CLERK OF COURT

**KENT LOVERN · District Attorney**

Chief Deputy Jeffrey J. Altenburg, Deputies Lovell Johnson, Jr., Elisabeth Mueller, Matthew J. Torbenson, Megan Newport, Sara N.V. Sadowski, Ann R. López

June 15, 2026

Chief Judge Carl Ashley
Milwaukee County Courthouse
901 N. Ninth Street, Room 609
Milwaukee, WI 5323

> Re:   John Doe request by Trevor A. Richardson
>       Case Number: 2008JD000022

Dear Chief Judge Ashley:

I reviewed the Motion to reopen the above-referenced matter filed with your office on or about March 20, 2026, by Mr. Richardson. This matter was originally heard by Judge Karen Christenson and resulted in Judge Christenson issuing an order closing the John Doe Investigation on March 8, 2012. This matter relates to a custody dispute between Mr. Richardson and Mariana Farah-Saldivar over a male child they have in common.

In August of 2007, the Milwaukee Police Department ("MPD") had begun investigating the disappearance of Mr. Richardson's child. It was believed the child had been taken by Farah-Saldivar. During this investigation, MPD did treat the incident as a missing person, and they issued a missing child alert in the National Crime Information Center (NCIC).

Through their investigation, MPD was able to establish that the child in question and Farah-Saldivar were living in Juriquilla, Querétaro, Mexico.

On or about April 8, 2009, the Milwaukee County District Attorney's Office filed charges against Farah-Saldivar in Milwaukee County Case Number 2009CF01740. The charges filed were 2 counts of Interfering with Child Custody (Class F felony). A warrant for Farah-Saldivar was entered into NCIC on April 17, 2009.

In September of 2012, Farah-Saldivar attended a Mexican Court hearing regarding custody of the child in question. This court hearing established Farah-Saldivar as the primary parent and denied visitation rights to Richardson. Given the known location of the child and the recognized Mexican Court ruling, MPD and Deputy District Attorney Matthew Torbenson determined it would be appropriate to remove the Missing Persons Alert from NCIC, but that the arrest warrant for Farah-Saldivar must remain in the system.

SAFETY BLDG., RM. 405, 821 W. STATE STREET, MILWAUKEE, WI 53233-1485
PHONE: 414-278-4646 FAX: 414-223-1955



Chief Judge Carl Ashley
Milwaukee County Courthouse
June 15, 2026
Page 2

We have confirmed that the arrest warrant for Farah-Saldivar, which was entered into NCIC on April 17th, 2009, as a fully extraditable warrant, continues to be in the NCIC, available to anyone authorized to access the NCIC.

Based on the totality of the information reviewed, I find the complaints alleged in Mr. Richardson's filing to be without merit. They fail to establish any elements necessary to support State of Wisconsin criminal charges, and no further investigative or prosecutorial action is warranted. As a result, we intend to take no further action on Mr. Richardson's John Doe requests at this time.

Respectfully submitted,

Jeffrey J. Altenburg
Chief Deputy District Attorney

cc: Mr. Trevor Richardson

# Exhibit 2



United States Department of State

*Washington, D.C. 20520*

December 3, 2009

Mr. Trevor Richardson
8252 Station Village Lane Unit.2309
San Diego, CA  92108

Dear Mr. Richardson:

I am writing to update you on recent activity in your case. I am enclosing the most recent correspondence that we received from the Mexican Central Authority regarding your Hague Convention case. You will note that this letter is in Spanish. If you are not able to read and understand the information, especially legal terminology, you may wish to seek someone who can accurately translate the document.

Essentially, the letter from the Mexican Central Authority provides some information on what the judge is trying to say and explains that you should strongly consider following his/her instructions. Therefore, it is very important that whoever translates this document for you have an excellent grasp of the Spanish language, and can explain everything in detail that the court is asking for.

Please confirm the receipt of these documents so we may inform the Mexican Central Authority.

As always, should you have any questions about your case or anything you would like to discuss, please feel free to contact Saul Leyva II on his new number (202)736-9258.

Sincerely,

Micah Grant
Office of Children's Issues
Department of State

# Exhibit 2

DIRECCIÓN GENERAL DE PROTECCIÓN A
MEXICANOS EN EL EXTERIOR
DIRECCION DE DERECHO DE FAMILIA
Número: PME.- 112424
Expediente: PAC/750-16(EUA-WI/MEX-QRO/07)154
Restitución del Menor
Richardson Farah Andrew.
**Confidencial.**

SECRETARÍA DE
RELACIONES EXTERIORES **SRE**



*"2009. Año de la Reforma Liberal"*

México, D. F. a 18 de noviembre de 2009

**Martha Pacheco,**
**Autoridad Central,**
**Departamento de Estado,**
**Oficina de Asuntos de Menores,**
**2100 Pennsylvania Avenue NW,**
**4ᵗʰ Floor,**
**20037 Washington, D.C.**

Se hace referencia a la solicitud de restitución internacional del menor **ANDREW**, de apellidos **RICHARDSON FARAH**, con base en la Convención de La Haya sobre los Aspectos Civiles de la Sustracción Internacional de Menores.

Sobre el particular, me permito hacer de su conocimiento el acuerdo dictado por el Juez Cuarto de lo Familiar de Querétaro, Querétaro, de fecha once de noviembre de dos mil nueve, mediante el cual se informa entre otras cosas que:

- El día 08 de junio de 2009, se le requirió al solicitante para que nombrara Perito en materia de psicología.
- El veinticinco de junio del presente año y ante la falta de respuesta del señor Richardson, el Tribunal designó un Perito en rebeldía, asimismo el veintiocho de agosto de este mismo año se le concedió al solicitante un término de tres días para que depositara los honorarios de este perito, apercibido que para el caso de no hacerlo perdería sus derechos para desahogar la prueba pericial y en su momento se procedería a resolver únicamente con las periciales en psicología que obraran en autos.
- El 28 de septiembre de 2009, y al no tener respuesta del solicitante, el Juez le tuvo por perdidos sus derechos respecto de la pericial mencionada. Por otro lado en auto de esta misma fecha se notificó al señor Richardson que debía presentarse al Juzgado, ello con el objeto de que se realizará una entrevista a las partes en relación a las pruebas psicológicas que debían desahogarse.
- EL 22 de octubre de 2009, al no recibir respuesta del señor Richardson, el Juez le tuvo por perdido su derecho para intervenir en el desahogo de las pruebas psicológicas.
- Asimismo el Juez manifestó que su Tribunal no cuenta con defensoría de oficio, sin embargo enlista diversos bufetes jurídicos gratuitos a efecto de que si lo desea el solicitante puede contactarlos.
- De igual modo el Juez refirió no contar con peritos traductores, sin embargo proporciona los datos del traductor que auxilió al solicitante en ocasiones anteriores, para que si así lo desea lo contacte. Cabe aclarar que en el Estado de de Querétaro los honorarios tanto de los Peritos como de los Abogados corren a cargo de quienes los solicitan.

RM* JRO

Plaza Juárez 20, piso 17 Col. Centro, Del. Cuauhtémoc México, DF 06010
TEL.+52 (55) 36865856 www.sre.gob.mx

Exhibit 2

**DIRECCION GENERAL DE PROTECCION A MEXICANOS EN EL EXTERIOR DIRECCION DE DERECHO DE FAMILIA**
Número: PME.- 112424
Expediente: PAC/750-16(EUA-WI/MEX-QRO/07)154
Restitución del Menor
Richardson Farah Andrew.
**Confidencial.**

SECRETARÍA DE
RELACIONES EXTERIORES

**SRE**



- 2 -

- Ahora bien, y respecto de las convivencias que el señor Richardson requiere con su hijo, el Juez solicita que éste sugiera el día y hora para que se lleven a cabo.
- Finalmente el Juez ha tenido por revocado al Licenciado Jorge Cruz Cordero como defensor del solicitante y le requiere a éste para que señale un domicilio dentro de la Ciudad de Querétaro para oír y recibir notificaciones, apercibiéndolo para que en el caso de no hacerlo éstas se le harán por lista.

Cabe aclarar que las actuaciones mencionadas fueron debidamente notificadas "por lista" que fue el procedimiento para tal efecto solicitado por el abogado del Sr. Richardson. Fue hasta el once de noviembre de este año que se tuvo oficialmente por revocado el cargo, en virtud del escrito que el señor Richarson envió desde los Estados Unidos.

Independientemente de lo anterior, esta oficina mantuvo comunicación constante con el Juzgado para aclarar las dudas que el Sr. Richardson planteaba a través de la Autoridad Central estadounidense a esta Dirección General, a las que se les brindó una respuesta oportuna.

En específico, esta Autoridad Central reiteró la necesidad de que para que el caso avanzara era necesario que el Sr. Richardson realizara el pago de la prueba pericial ordenada. Ante la negativa del Sr. Richardson para cumplir con ello, el Juez refirió que no era posible seguir retardando el procedimiento, y en consecuencia dicto el acuerdo anexo..

Ahora bien, para esclarecer la manera en como el solicitante fue notificado, se hace de su conocimiento que en México cuando una persona carece de domicilio para oír y recibir notificaciones en el lugar donde se encuentra el Juzgado, o cuando así lo solicita el representante legal, existe un documento que diariamente se pone a disposición del público, mediante el cual el Juez ordena enlistar el nombre y número de expediente que tuvo movimiento, es decir, cuando se realiza una actuación en un Juzgado se manda publicar en la lista, para que los interesados acudan al Juzgado y soliciten el expediente con el fin enterarse del contenido de dicha actuación, asimismo una vez que el Juez ordena la publicación se da por hecho que el interesado se encuentra debidamente notificado, esta publicación como ya se hizo mención se realiza por medio de una lista que se encuentra en el Juzgado y en algunos Estados también se realiza por Internet.

Finalmente le solicito comunique a esta oficina la fecha en que el solicitante sea notificado del contenido del acuerdo, ya que es necesario informarlo al juzgado.

Atentamente

**Lic. Johannes Jacome**
**Director de Derecho de Familia**

SECRETARÍA DE RELACIONES EXTERIORES
DIRECCIÓN GENERAL DE PROTECCIÓN
A MEXICANOS EN EL EXTERIOR

RM* JRO

Plaza Juárez 20, piso 17 Col. Centro, Del. Cuauhtémoc México, DF 06010
TEL.+52 (55) 36865856 www.sre.gob.mx

34056



*Exhibit 2* ODF

Estado de Querétaro
**PODER JUDICIAL**

| | |
|---|---|
| DEPENDENCIA: | ~~TRIBUNAL SUPERIOR DE JUSTICIA~~ ~~DEL ESTADO DE QUERÉTARO~~ |
| SECCION: | ~~JUZGADO CUARTO DE~~ ~~PRIMERA INSTANCIA FAMILIAR~~ |
| RAMO: | ~~ADMINISTRATIVO~~ |
| OFICIO NUM.: | ~~3699-2009~~ |
| EXPEDIENTE NUM.: | ~~844/2007~~ |

Asunto:
Remite copias.

Querétaro, Qro., 11 de noviembre de 2009.

**DIRECTOR GENERAL DE LA DIRECCIÓN GENERAL DE
PROTECCIÓN Y ASUNTOS CONSULARES, DIRECCIÓN
DE DERECHO DE FAMILIA DE LA SECRETARÍA DE
RELACIONES EXTERIORES.
P R E S E N T E .**

AL CONTESTAR ESTE OFICIO CITENSE INVARIABLEMENTE LOS
DATOS CONTENIDOS EN EL CUADRO DE REFERENCIA TRATESE
UN SOLO ASUNTO EN CADA COMUNICACION

Por medio del presente y en cumplimiento a lo ordenado en el auto dictado el día de hoy en el cuaderno 844/07 dentro del **Procedimiento Especial** sobre **Restitución del Menor ANDREW RICHARDSON FARAH**, promovido por **TREVOR ANDREW RICHARDSON**, a través de la Autoridad Central de Estados Unidos de Norteamérica, solicitud que se encuentra bajo el expediente número PAC/750-16(EUA-WI-QRO/07)154 a su digno cargo; le remito copia certificada del auto de fecha 11 (once) de noviembre de 2009 (dos mil nueve), las cuales le serán enviadas mediante correo certificado; esto para los efectos legales a que haya lugar.

Sin otro particular por el momento, reitero a usted la seguridad de mi consideración y respeto.

**A T E N T A M E N T E**

LIC. EVERARDO PÉREZ PEDRAZA.
TITULAR DEL JUZGADO CUARTO DE LO FAMILIAR
DE ESTE DISTRITO JUDICIAL.

_____ ANEXOS

*[sello:]* PODER JUDICIAL DEL ESTADO · QUERÉTARO, QRO.
JUZGADO CUARTO
DE LO FAMILIAR

*[sello:]* SECRETARIA DE RELACIONES EXTERIORES · DIRECCIÓN GENERAL DE PROTECCIÓN A MEXICANOS EN EL EXTERIOR · 19 NOV 2009
FORMA B078

**Exhibit 2**

Querétaro, Qro., 11 de noviembre de 2009 (dos mil nueve).- - - - - - - - - - - - - -

Agréguese a sus antecedentes tres escritos de cuenta, el primero presentado por el C. Daniel Hernández Joseph, con el carácter que tiene de Director General de la Secretaría de Relaciones Exteriores, Dirección General de Protección a Mexicano en el Exterior, el segundo por la Lic. Lorenia Trueba Almada, con el carácter que tiene debidamente acreditado en autos, el tercer ocurso presentado por la Lic. Guadalupe Patricia Cabrera Orozco, quien tiene el carácter de Procuradora de la Defensa del Menor y la Familia, recibidos en la Secretaría de este Juzgado los días 26, 28 de octubre, 3 de noviembre de 2009 (dos mil nueve).-

En atención al primer libelo, se tiene por presente al promovente formulando las manifestaciones que en su escrito alude, en atención a lo que solicita, se ordena girar oficio al promovente con el objeto de informarle en relación a la prueba pericial a cargo de Trevor Andrew Richardson, que éste ha sido omiso en impulsar la pericial en materia de psicología, no obstante los diversos requerimientos que le fueron planteados, lo anterior así se asevera en virtud de las siguientes consideraciones: a) mediante auto de fecha 8 (ocho) de junio del año en curso se requirió a Trevor Andrew Richardson para que nombrara perito en materia de psicología de su parte, b) en proveído de 25 de junio de 2009, se acusó la rebeldía en que incurrió Trevor Andrew Richardson para nombrar perito, por consecuencia, el suscrito le nombró uno en su rebeldía -visible a foja 1406 tomo III-, c) por razón de lo anterior, a través del auto de 28 de agosto de dos mil nueve -foja 1422 tomo IV- se requirió a Trevor Andrew Richardson para que depositara en el plazo de tres días los honorarios de la perito, apercibiéndolo que en caso de ser omiso, se le tendría por perdido su derecho para desahogar la prueba pericial en psicología a cargo del perito nombrado en su rebeldía, y en su momento, se procedería a dictar la sentencia definitiva únicamente con las periciales en psicología que obren agregadas en autos; d) en razón a la conducta omisiva de Trevor Andrew Richardson para cubrir los honorarios de la perito que le fuera nombrado en su rebeldía, mediante auto de fecha 28 de septiembre del año en curso, se le tuvieron por perdidos sus derechos no ejercitados en tiempo y forma y

# Exhibit 2

se le hizo efectivo el apercibimiento decretado en el citado auto de 28 de agosto de 2009; así también, en dicho proveído se procedió a señalar los días y horas en que habrían de presentarse las partes, así como su menor hijo; apercibiendo a Mariana Farah Saldivar y Trevor Andrew Richardson que de no presentarse, se les tendría por perdido su derecho a participar en el desahogo de la misma, desahogando los puntos de la pericial únicamente con las personas que se encontraran presentes en la Unidad de Psicología. e) En atención a que de las constancias de fechas 12, 13 y 14 de octubre del año en curso, se advierte que Trevor Andrew Richardson no se presentó los días y horas en que tendrían verificativo las entrevistas a su cargo; no obstante que fue debidamente notificado de las fechas en que tendría que presentarse para que se llevaran a cabo las entrevistas correspondientes, mediante la notificación del proveido de 28 de septiembre de 2009 (dos mil nueve) en los estrados de este despacho judicial. f) Por último, mediante proveido de fecha 22 de octubre de éste año, se procedió a hacerle efectivo el apercibimiento decretado en auto de fecha 28 de agosto de dos mil nueve, es decir se tuvo por perdido su derecho a Trevor Andrew Richardson a participar en el desahogo de dicha diligencia, por lo que la pericial se desahogará únicamente con los puntos de las personas que se presentaron los días y horas señalados por este Juzgado en las instalaciones de la Unidad de Psicología del Tribunal Superior de Justicia. De igual forma, es menester precisar que, los apercibimientos citados lineas arriba se determinaron así, en atención a la naturaleza jurídica de este procedimiento, dado que no puede interrumpirse su substanciación por la sola voluntad de una de las partes, ya que de lo contrario se transgrederia la garantía constitucional de prontitud y expeditez en la impartición de justicia prevista en el artículo 17 de la Constitución General de la República.

Asimismo, en atención a la segunda de sus peticiones, se informa que este despacho judicial no cuenta con defensoría pública adscrita al Juzgado, aunado a que conforme a la Ley Orgánica del Poder Judicial para el Estado no regula algún órgano auxiliar para proporcionarle un abogado a la citada persona; no obstante ello, le informó que en el Estado de Querétaro, existen diversos bufetes jurídicos gratuitos, que de estimarlos ellos pertinente, pudieran prestar

Exhibit 2

el patrocinio de Trevor Andrew Richardson, siendo: a) Bufete Jurídico de Gobierno del Estado, ubicado en Benito Juárez Norte número 50, Centro, b) Delegación Epigmenio González ubicado en calle Tláloc número 100 colonia Desarrollo San Pablo, c) Delegación Félix Osores número 602 colonia Cerrito Colorado, y d) Bufete Jurídico de la Universidad Autónoma de Querétaro, ubicado en calle 16 de Septiembre número 57 interior Patio de los Naranjos Centro todos en está ciudad que, en su caso pudieran llevar el asunto del señor Trevor Andrew Richardson; cabe recalcar que no está dentro de las facultades de este Juzgado obligar a dichas instituciones para que acepten o no el patrocinio de Trevor Andrew Richardson. Así también, en relación al perito traductor que solicita se le nombre de oficio, se informa que el Tribunal Superior de Justicia en el Estado, si bien cuenta con diversos peritos entre ellos interpretes y traductores, que en su caso rindan los dictámenes que les sean encomendados, no menos cierto resulta que los honorarios deben ser cubiertos por las partes, de acuerdo al artículo 357 del Código de Procedimientos Civiles para el Estado.

Ahora bien, en atención a las convivencias que solicita Trevor Andrew Richardson con su menor hijo, se requiere a la citada persona para que proponga el día y hora para que se lleven a cabo dichas convivencias con su menor hijo, hecho lo cual, se acordará lo conducente; asimismo, informó para los efectos legales a que haya lugar que mediante escrito recibido en la Secretaría de este Juzgado el día 11 (once) de marzo de 2008 (dos mil ocho) —foja 593- Trevor Andrew Richardson solicitó que se decretara una convivencia entre él y su hijo, solicitó para tal efecto que dicha convivencia se llevara a cabo el día en que tendría verificativo la prueba toxicológica a su cargo; por ende, se ordenó dar vista a Mariana Farah Saldivar de la petición formulada; en razón de lo anterior y por petición de Trevor Andrew Richardson a través del auto de fecha 19 de mayo de dos mil ocho —foja 752- se señaló fecha para que se llevara a cabo dicha convivencia; la cual tuvo verificativo el día trece de junio de 2008.

Por otro lado, se tiene por presente al promovente informando que el Lic. Jorge Cruz Cordero ha dejado de representar al señor Trevor Andrew Richardson, asentándose lo anterior para los efectos legales conducentes; por ende, se le previene para que de conformidad con el artículo 111 del Código de Procedimientos Civiles señale nuevo

Exhibit 2

domicilio para oir y recibir notificaciones, bajo apercibimiento que en caso de ser omiso, todas las notificaciones aún las de carácter personal le surtirán efectos por lista. De igual forma, en relación a la información que solicita Trevor Andrew Richarson, de la intérprete que le fue asignada para que se llevara a cabo la diligencia a cargo de este, se señala que el nombre de la intérprete es la Lic. Patricia Rubio Y Sánchez, con domicilio en Morelos 1 Cda. 2 Centro de está ciudad, teléfono 2-24-19-81, esto para los efectos legales conducentes.

En atención al segundo libelo, téngase por presente a la promovente dando cumplimiento a la prevención que le fuera formulada en el auto de fecha 22 (veintidós) de octubre del año en curso (foja 1457), en los términos que en su escrito alude, los cuales aqui se dan por reproducidos como si a la letra se insertasen; ante ello, se le hace saber que dichas manifestaciones serán tomadas en cuenta al momento de dictar la resolución correspondiente.-

Por cuanto ve al último libelo, téngase por presente a la promovente manifestando que da cumplimiento a la prevención formulada en el auto que antecede, exhibiendo para tal efecto los peritajes que le fueran encomendados, así como señalando las técnicas psicodiagnósticas aplicadas; peritaje que se ordena agregar en autos para los efectos legales conducentes.

Por último, se ordena informar vía fax a la Dirección General de Protección y Asuntos Consulares, Dirección de Derecho de Familia, de la Secretaría de Relaciones Exteriores, el presente proveido, Unidad Administrativa que tiene su domicilio ubicado en Plaza Juárez 20, piso 17, Centro, Delegación Cuauhtémoc, México, Distrito Federal, código postal 06010. Lo anterior de conformidad con los artículos 70; 71; 82, 113 y 124 de la ley adjetiva civil.- NOTIFIQUESE Y CUMPLASE.- Asi lo proveyó y firmó el LIC. EVERARDO PEREZ PEDRAZA, Titular del Juzgado Cuarto Familiar, quien actúa ante la fe de la Secretaria de Acuerdos, quien autoriza y da fe. - - - Doy fe.

Se publica en listas el 11 de noviembre de 2009 (dos mil nueve). Conste. Ive





# Exhibit 2

## COMMUNICATION

**Case Name:** RICHARDSON-FARAH, ANDREW (OCS20072224124)
**Communication Type:** Email
**Direction:** Outgoing
**Date:** 12-Nov-2009
**Country:** Mexico
**Subject:** Richardson, Trevor - Left Behind Person
**Entered By User:** Leyva, Saul - Consular Affairs/ Office Of Citizen Services

---

**Abstract:** Richardson: Asked Lbp To Send The Letter And Pic He Would Like To Have Delivered During W/W

**Remarks:** From: Leyva, Saul
Sent: Thursday, November 12, 2009 1:11 PM
To: 'Richardson, Trevor'
Cc: Grant, Micah M
Subject: RE: Status

Hello Mr. Richardson,

Please send us the letter and the picture you would like to send to Andrew.

Regards,

Saúl Leyva II

Overseas Citizens Services Specialist
Trevor [mailto:Trevor.Richardson@nassco.com]
Sent: Tuesday, November 10, 2009 4:06 PM
To: Leyva, Saul
Cc: Grant, Micah M
Subject: RE: Status

Mr. Leyva,

Thank you for the update. I will wait for the information for the date of the psychological evaluation, and appreciate all your efforts.

I do have some questions: Is it possible to send a note/letter to Andrew from me in Spanish that is read during the health and whereabouts visit? Will DIF be the only authorities performing this visit? If so, is it possible to send a representative from the US to participate in the visit, thereby ensuring the note/letter is read to Andrew?

Let me know if this will be possible, and then I will send you the brief note/picture to Andrew via e-mail. Thanks for all your help.

Sincerely,
Trevor