UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL -2 A 8: 46

CLERK OF COURT

ANDREW RICHARDSON

    Plaintiff

v.                 Case No. 26C0595

CITY OF MILWAUKEE, et al.,

    Defendants

---

## PLAINTIFF'S UPDATED STATUS REPORT AND REQUEST FOR EXPEDITED RULING ON PENDING MOTION FOR RECRUITMENT OF COUNSEL

Plaintiff Andrew Richardson, proceeding pro se, respectfully submits this letter to update the Court on two critical developments in this matter: (1) the status of service of process, and (2) the appearance of the Wisconsin Attorney General on behalf of two key defendants.

### 1. STATUS OF SERVICE OF PROCESS

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff has successfully effectuated service upon five (5) of the six (6) named defendants. The original, notarized Affidavits of Service have been filed concurrently:

- Defendant Matthew Torbenson: Served on June 16, 2026

- Defendant John Chisholm: Served on June 16, 2026

- Defendant City of Milwaukee: Served on June 17, 2026

- Defendant Adam Riley: Served on June 17, 2026

- Defendant Benjamin Smith: Served on June 18, 2026

Despite diligent efforts, Plaintiff was unable to locate and serve Defendant Robin Ortiz. The Affidavit of Non-Service indicates that Defendant Ortiz retired from the Milwaukee Police Department in 2012 and his current whereabouts are unknown. Accordingly, Plaintiff has filed a Notice of Voluntary Dismissal of Defendant Robin Ortiz without prejudice.

## 2. APPEARANCE OF THE WISCONSIN ATTORNEY GENERAL & URGENT NEED FOR COUNSEL

On June 26, 2026, the Wisconsin Attorney General's Office filed a Notice of Appearance on behalf of Defendants John Chisholm and Matthew Torbenson (Document 5). This is a significant development that profoundly alters the posture of this litigation.

As a 19-year-old pro se litigant with no legal training, Plaintiff now faces the unlimited resources and sophisticated legal experience of the Wisconsin Department of Justice. The 21-day period for these defendants to file an Answer or a dispositive motion will expire on or about July 7, 2026. Plaintiff anticipates that the Attorney General will file complex motions to dismiss based on doctrines such as absolute and qualified immunity, which are difficult for a layperson to properly oppose without legal representation.

Given this acute disparity in legal resources and the imminent filing of dispositive motions, Plaintiff respectfully requests that the Court consider his pending Motion for Recruitment of Counsel on an expedited basis. All future service upon Defendants Chisholm and Torbenson will be directed to Assistant Attorney General Daniel B. Peters in Madison, Wisconsin, per their Notice of Appearance.

Respectfully submitted,

**ANDREW RICHARDSON,**
Plaintiff, Pro Se
5311 N. Bay Ridge Ave.
Milwaukee, WI 53217
1-207-504-7757

Dated: June 30, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2026, I served a true and correct copy of the foregoing PLAINTIFF'S UPDATED STATUS REPORT by placing said copy in a sealed envelope, with first-class U.S. postage prepaid, addressed to:

**For Defendants John Chisholm and Matthew Torbenson:** Daniel B. Peters Assistant Attorney General Wisconsin Department of Justice P.O. Box 7857 Madison, WI 53707-7857

**For Defendant City of Milwaukee, Benjamin Smith, and Adam Riley:** Office of the City Attorney c/o Kristin Cuellar, Paralegal City Hall, Room 800 200 E. Wells Street Milwaukee, WI 53202

**ANDREW RICHARDSON**

6/30/26