UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL -2 A 8: 46

CLERK OF COURT

ANDREW RICHARDSON

    Plaintiff

v.                       Case No. 26C0595

CITY OF MILWAUKEE, et al.,

    Defendants

---

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ROBIN ORTIZ PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

---

Plaintiff Andrew Richardson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant Robin Ortiz, in his individual capacity, without prejudice from this action.

### I. BASIS FOR DISMISSAL

Defendant Robin Ortiz has not been served in this action. Despite diligent efforts by a professional process server, Defendant Ortiz could not be located. According to records obtained from the Milwaukee Police Department Human Resources Department, Defendant Ortiz retired from the Department in 2012. His current whereabouts are unknown. The Affidavit of Non-Service (MDN-2026010914), filed concurrently herewith, documents these diligent but unsuccessful efforts.

## II. DISMISSAL IS WITHOUT PREJUDICE

This dismissal is without prejudice to Plaintiff's right to refile against Defendant Ortiz should

he be located in the future. Plaintiff reserves the right to name Defendant Ortiz in any

amended complaint should his whereabouts become known.

## III. EFFECT ON REMAINING CLAIMS

This dismissal affects only claims against Defendant Robin Ortiz. All claims against the

remaining defendants remain pending and unaffected.

## IV. CONCLUSION

Plaintiff respectfully requests that the Court enter an order dismissing Defendant Robin Ortiz

from this action, without prejudice.

Respectfully submitted,

**ANDREW RICHARDSON,**
Plaintiff, Pro Se
5311 N. Bay Ridge Ave.
Milwaukee, WI 53217
1-207-504-7757

Dated: June 30, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2026, I served a true and correct copy of the foregoing PLAINTIFF'S UPDATED STATUS REPORT by placing said copy in a sealed envelope, with first-class U.S. postage prepaid, addressed to:

**For Defendants John Chisholm and Matthew Torbenson:** Daniel B. Peters Assistant Attorney General Wisconsin Department of Justice P.O. Box 7857 Madison, WI 53707-7857

**For Defendant City of Milwaukee, Benjamin Smith, and Adam Riley:** Office of the City Attorney c/o Kristin Cuellar, Paralegal City Hall, Room 800 200 E. Wells Street Milwaukee, WI 53202

**ANDREW RICHARDSON**

6/30/26