# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANDREW RICHARDSON,

      Plaintiff,

v.                            Case No. 26C0595

CITY OF MILWAUKEE, MATTHEW TORBENSON,
JOHN CHISHOLM, BENJAMIN SMITH, ROBIN ORTIZ,
and ADAM RILEY,

      Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the City Attorney, Evan C. Goyke, by Assistant City Attorney, Meghan C. McCabe represents and appears for Defendants City of Milwaukee, Benjamin Smith, Robin Ortiz, and Adam Riley, in the above-entitled action, and demands that a copy of all proceedings subsequent to the summons and complaint be served on our office, at Suite 800, City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

Dated and signed at Milwaukee, Wisconsin this 2nd day of July, 2026.

                EVAN C. GOYKE
                City Attorney

                s/Meghan C. McCabe
                Meghan C. McCabe
                Assistant City Attorney
                State Bar No. 1132740
                *Attorneys for Defendants City of Milwaukee,*
                *Benjamin Smith, Robin Ortiz, and Adam Riley*

P.O. ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
(414) 286-2601
mmccab@milwaukee.gov
2026-001294/00000000002703